

# Fourth Court of Appeals
## San Antonio, Texas

February 26, 2020

No. 04-18-00802-CR & 04-18-00803-CR

Kenton Lance **LIGHT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 6330 & 6328
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Appellant's motion to relax word count limit is DENIED. Appellant's motion for rehearing and motion for en banc rehearing are STRICKEN from the court's record.

Any motion for rehearing or motion for en banc reconsideration appellant intends to file must be filed no later than two weeks from the date of this order and must comply with the word count limit. **GIVEN THE PRIOR EXTENSIONS OF TIME GRANTED TO APPELLANT, NO FURTHER EXTENSIONS OF TIME WILL BE GRANTED**.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of February, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court